### BROWN *v.* WELLS.

GILBERT, J. The suit was brought to recover forty acres of land and the timber growing thereon. On the trial it appeared that the real contention was over 18-3/4 acres out of the 40 described in the petition. The verdict was for the plaintiff, and the defendant excepted to the judgment overruling the motion for a new trial. The only special grounds of the motion were expressly abandoned by the plaintiff in error. *Held*, that the verdict is supported by evidence.

*Judgment affirmed. All the Justices concur.*

No. 8324. JUNE 12, 1931.

*Reese, Scarlett, Bennet & Highsmith,* for plaintiff in error.
*S. C. Townsend,* contra.